# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNELL MOZEL DOWNING,<br><br>                Defendant. | CR-14-58-GF-BMM<br><br>**ORDER** |

Jennell Mozel Downing filed a motion for early termination of supervision. (Doc. 32.) The Government takes no position regarding Downing's motion. (Doc. 32 at 1.) The Court conducted a hearing on the motion on October 7, 2019. For the reasons below, the Court grants Downing's motion.

Downing pleaded guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). (Doc. 16 at 2.) The Court sentenced Downing to 48 months imprisonment followed by 4 years of supervised release. (Doc. 29.) Downing began her term of supervised release on April 15, 2016. The record reflects no incidents of noncompliance or allegations of violation of conditions.

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

Downing has complied with her supervision conditions and has demonstrated her ability to conform her conduct to the law. Downing poses no threat to the community. The factors in 18 U.S.C. § 3553(a) support an early termination of Downing's supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 32) is **GRANTED**.

2. Defendant is **DISCHARGED** from supervised release.

DATED this 7th day of October, 2019.

Brian Morris
United States District Court Judge